THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE CONKLIN, Appellant, v. BLAKELY R. WEBSTER, as Superintendent of Dannemora State Hospital, Dannemora, N. Y., Respondent.— Motion for leave to appeal on typewritten record granted. Motion for leave to appeal on handwritten record denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR CORKUM, Appellant, v. JOSEPH H. WILSON, as Warden of Great Meadow Prison, at Comstock, New York, Respondent.— Motion for leave to appeal as a poor person on typewritten record granted. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of SAMUEL DEUTSCH, Respondent, against GOTTFRIED BAKING CO., INC., and BAKERS MUTUAL INSURANCE COMPANY OF NEW YORK, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion to strike cause from calendar. Motion granted, with ten dollars costs to appellants. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of CHRISTINA DUNNE, Appellant, against CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion permitting appellant to prosecute appeal on typewritten record in lieu of printed case on appeal granted, without costs. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Liability for Unemployment Insurance Contributions under Article 18 of the Labor Law of GAILEY COAL COMPANY, INC., Appellant. FRIEDA S. MILLER, as Industrial Commissioner, Respondent.— Motion to permit Rochester Coal Merchants Association, Inc., to file brief amicus curiæ granted. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of JOHN HARKER, Appellant, against STATE CONSERVATION DEPARTMENT and THE STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal granted, without costs, and without prejudice for the reinstatement thereof on showing a meritorious cause. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Application of FLORENCE L. HUTSON to Compel JAMES R. DUNCAN and Others, as Trustees for GEORGE W. FOWLER under the Last Will and Testament of GEORGE W. FOWLER, Deceased, to Pay over Certain Moneys of Said Trust Direct to Her. FLORENCE L. HUTSON, Appellant; JAMES R. DUNCAN and Others, as Trustees, etc., Respondents, Appellants; GEORGE W. FOWLER, Respondent, Appellant.— Motion to permit Patrick B. Healy to file brief amicus curiæ granted. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of ULYSSES JENKINS, Appellant, against DUMP TRUCK SERVICE and STATE INSURANCE FUND, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal on typewritten record granted. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ. [See post, p. 918.]